**No. 63855.**—Maylo Imports and Arthur J. Fritz & Co. v. United States, protest 303764–K (Los Angeles).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of kleenex dispenser covers similar in all material respects to those the subject of *Quon Quon Company* v. *United States* (41 Cust. Ct. 178, C.D. 2038), the claim of the plaintiffs was sustained.

BEFORE THE THIRD DIVISION, FEBRUARY 24, 1960

**No. 63856.**—Advance Pet Supply Co. v. United States, protest 59/13473 (New York).

Opinion by JOHNSON, J. In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 63857.**—H. A. Gogarty, Inc. v. United States, protest 59/13928 (New York).

Opinion by JOHNSON, J. In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 63858.**—Frederic Henjes, Jr., Inc. v. United States, protest 59/14999 (New York).

Opinion by JOHNSON, J. In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 63859.**—Mason International v. United States, protest 59/16139 (New York).

Opinion by JOHNSON, J. In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.